**RAMZY PAUL LADAH**
Nevada Bar No. 11405
**LADAH LAW FIRM**
517 S. Third Street
Las Vegas, NV 89101
T: 702.252.0055
*Attorneys for*
*Plaintiff Laura Peters*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAURA PETERS,<br><br>                    Plaintiff<br><br>        v.<br><br>YORK RISK SERVICES GROUP, INC.;<br>GEICO GENERAL INSURANCE<br>COMPANY; MARSH RISK & INSURANCE<br>SERVICES, INC.; STEADFAST<br>INSURANCE COMPANY; DOES I through<br>XX, inclusive; and ROE BUSINESS<br>ENTITIES I through XX, inclusive,<br><br>                    Defendants | Case No. 2:23-cv-01159-CDS-NJK<br><br>**STIPULATION AND ORDER FOR**<br>**DISMISSAL OF CLAIMS AGAINST**<br>**GEICO GENERAL INSURANCE**<br>**COMPANY WITHOUT PREJUDICE**<br>**PER FRCP 41(a)(1)(A)(ii)** |

COME NOW, Plaintiff LAURA PETERS, by and through her undersigned counsel of record, the Ladah Law Firm, Defendant GEICO GENERAL INSURANCE COMPANY, by and through its undersigned counsel of record, McCormick, Barstow, Sheppard, Wayte & Carruth LLP, and Defendants YORK RISK SERVICES GROUP, INC. and STEADFAST INSURANCE COMPANY, by and through their undersigned counsel of record, Morales Fierro & Reeves, and hereby stipulate and agree to dismiss, without prejudice, Plaintiff's claims against Defendant GEICO GENERAL INSURANCE COMPANY only, per NRCP 41(a)(1)(A)(ii), with each party bearing that party's own attorney's fees and costs.

. . .

1

DATED this 19th day of September, 2023.

| | |
|---|---|
| **McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP** | **LADAH LAW FIRM** |
| /s/ Jonathan W. Carlson | /s/ Ramzy Paul Ladah, Esq. |
| _____ | _____ |
| JONATHAN W. CARLSON | RAMZY P. LADAH |
| Nevada Bar No. 10536 | Nevada Bar No. 11405 |
| CHERYL A. GRAMES | 517 S. Third Street |
| Nevada Bar No. 12752 | Las Vegas, NV 89101 |
| STACY NORRIS | *Attorneys for Plaintiff Laura Peters* |
| Nevada Bar No. 15445 | |
| Attorneys for Defendant GEICO GENERAL INSURANCE COMPANY | |

**MORALES FIERRO & REEVES**

/s/ Kelly A. Hedberg
_____
KELLY A. HEDBERG
Nevada Bar No. 12224
600 S Tonopah Drive, Suite 300
Las Vegas, NV 89106
Attorneys for Defendants
YORK RISK SERVICES GROUP, INC. and
STEADFAST INSURANCE COMPANY

2

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT:

Plaintiff's claims against Defendant GEICO GENERAL INSURANCE COMPANY only, BE, AND HEREBY ARE, DISMISSED WITHOUT PREJUDICE with each party bearing that party's own attorney's fees and costs. ~~The Clerk is directed to close the file.~~

IT IS FURTHER ORDERED that defendant's motion to dismiss **[ECF No. 5] is DENIED** as moot.

DATED: September 21, 2023

_____
HONORABLE CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE

3