# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAURA PETERS,<br><br>    Plaintiff(s),<br><br>v.<br><br>YORK RISK SERVICES GROUP, INC., et al.,<br><br>    Defendant(s). | Case No. 2:23-cv-01159-CDS-NJK<br><br>**Order** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). A joint proposed discovery plan must be filed by October 3, 2023.

IT IS SO ORDERED.

Dated: September 26, 2023

_____
Nancy J. Koppe
United States Magistrate Judge