KELLY A. HEDBERG, #12224
Email: khedberg@mfrlegal.com
MORALES FIERRO & REEVES
600 S Tonopah Drive, Suite 300
Las Vegas, NV 89106
Telephone: (702) 699-7822
Facsimile: (702) 699-9455

Attorneys for Defendants
YORK RISK SERVICES GROUP, INC. and
STEADFAST INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LAURA PETERS,<br><br>    Plaintiff<br><br>vs.<br><br>YORK RISK SERVICES GROUP, INC.; GEICO GENERAL INSURANCE COMPANY; MARSH RISK & INSURANCE SERVICES, INC.; STEADFAST INSURANCE COMPANY; DOES I through XX, inclusive; and ROE BUSINESS ENTITIES I through XX, inclusive,<br><br>    Defendants | CASE NO.: 2:23-cv-01159-CDS-NJK<br><br>STIPULATION OF DISMISSAL |

IT IS HEREBY STIPULATED AND AGREED, between plaintiff Laura Peters, by and through her attorney of record, Ramzy P. Ladah of Ladah Law Firm and defendants York Risk Services Group, Inc. and Steadfast Insurance Company, by and through their attorney of record, Kelly A. Hedberg of the law firm of Morales Fierro & Reeves, that all claims and causes of action in the above-entitled action, including all direct claims, counterclaims and cross-claims are hereby dismissed with prejudice as to all parties, including as to all DOE and ROE defendants.

Each party is to bear its, his or her own attorneys' fees and costs.

///

///

///

STIPULATION                                                                                                 CASE NO.: 2:23-cv-01159-CDS-NJK

DATED: June 13, 2024    LADAH LAW FIRM

By: /s/ Ramzy P. Ladah
Ramzy P. Ladah
Attorneys for Plaintiff
LAURA PETERS

DATED: June 13, 2024    MORALES FIERRO & REEVES

By: /s/ Kelly A. Hedberg
Kelly A. Hedberg
Attorneys for Defendants
YORK RISK SERVICES GROUP, INC.
and STEADFAST INSURANCE COMPANY

## ORDER

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. Accordingly, Steadfast Insurance Company and York Risk Services Group, Inc.'s motion to dismiss [ECF No. 35] is denied as moot. The Clerk of Court is kindly instructed to close this case.

_____
U.S. DISTRICT JUDGE
Dated: June 13, 2024